UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANNABELLA OJEDA,

                Plaintiff,                21-CV-5775 (RA) (KNF)

   -against-                            **NOTICE OF PARTIAL**
                                                          **DISMISSAL**

THE CITY OF NEW YORK, and POLICE
OFFICERS JOHN DOES ##1-28, and
JANE DOES ##1-2,

                Defendants.

---------------------------------------------------------------X

       PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff's Fifth Cause of Action asserted in the Complaint (Dkt. 1) is hereby dismissed.

Dated:  New York, New York
          August 5, 2021

                                        HALE & MONICO LLC
                                        *Attorneys for Plaintiff*
                                        The Woolworth Building
                                        233 Broadway, Suite 820
                                        New York, New York 10279

                           By:      /s/
                                        Arthur G. Larkin, Esq.
                                        (646) 858-1180
                                        alarkin@halemonico.com

SO ORDERED.

_/s/ Ronnie Abrams_
Hon. Ronnie Abrams
08/06/2021