USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNABELLA OJEDA

                Plaintiff,

      v.

CITY OF NEW YORK, *et al.*,
                Defendants.

21-CV-5775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on July 6, 2021. Dkt. 1. On August 2, Plaintiff filed an acknowledgement of service, which stated that Defendant was served on July 22, 2021, and that its answer was due August 12, 2021. Dkt. 7. Although the City of New York entered an appearance through counsel on July 30, 2021, no responsive pleading was filed. Dkt. 6. The City shall timely file an answer or a pre-answer motion by September 9, 2021.

SO ORDERED.

Dated:    August 26, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge