# Hale & Monico LLC

Arthur G. Larkin
Direct (646) 858-1180
alarkin@halemonico.com

| | | | |
|---|---|---|---|
| **53 W. Jackson Blvd.**<br>**Ste. 330**<br>**Chicago, IL  60604-3406**<br>**312-341-9646**<br>**312-341-9656 (fax)** | **7 S. Fairview, Ste.  201**<br>**Park Ridge, IL 60068**<br>**847-696-9021 (fax)** | **456 Fulton Ave.**<br>**Ste. 218**<br>**Peoria, IL 61602**<br>**309-839-8396**<br>**309-637-1106 (fax)** | **The Woolworth Building**<br>**233 Broadway**<br>**Ste. 820**<br>**New York, NY 10279**<br>**646-858-1180** |

---

February 25, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:   Ojeda v. City of New York, et al., 21-CV-5775 (RA) (KNF)
      Gilliam v. Nova-Diaz, et al., 21-CV-5263 (RA) (KNF)

Your Honor:

We represent plaintiff Annabella Ojeda, and we write jointly with all counsel on this matter and the related case Gilliam v. Nova-Diaz, et al., 21-CV-5263 (RA).  We are in receipt of Your Honor's order adjourning today's conference scheduled for 9:30 a.m.  The undersigned is scheduled to present at a CLE program on wrongful convictions today from 12 noon to 4:00 p.m., and would not be available to appear at 2:30 p.m., for the conference.  Counsel have conferred, and are available on the following dates, at any time during the day:

- March 28
- March 29
- April 4
- April 5
- April 8

Accordingly, the parties request that the Court reschedule the conference for one of the foregoing dates.  We thank Your Honor for considering this request.

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
cc:   All Counsel (by ECF)

---

Application granted. The conference is adjourned to April 8, 2022 at 9:30 a.m.

The parties shall use the following information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Hon. Ronnie Abrams
02/25/22